1  G. MARK ALBRIGHT, ESQ. (NV Bar # 1394)
   DANIEL R. ORMSBY, ESQ. (NV Bar # 14595)
2  ALBRIGHT, STODDARD, WARNICK
   & ALBRIGHT
3  801 S Rancho Dr., Ste D4
   Las Vegas, NV 89106
4  (702) 384-7111

5  MARK C. RIFKIN, ESQ. (Pro Hac Vice forthcoming)
   WOLF HALDENSTEIN ADLER
6  FREEMAN & HERZ LLP
   270 Madison Ave., 9th Floor
7  New York, NY 10016
   (212) 545-4600
8  *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROY STRASSMAN, Derivatively on Behalf of MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.), <br> Plaintiff, <br><br> v. <br><br> FRED THEIL, GEORGES ANTOUN, KEVIN DENUCCIO, SARITA JAMES, JAY LEUPP, SAID OUISSAL, MERRICK D. OKAMOTO, AND SIMEON SALZMAN, <br><br> Defendants, <br><br> -and- <br><br> MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.), <br><br> Nominal Defendant. | Case No.: 2:22-cv-00724 <br><br><br><br><br><br><br><br><br> **CERTIFICATE OF INTERESTED PARTIES** <br><br> **(Fed. R. Civ. P. 71; Local Rule 7.1-1)** |

Plaintiff Roy Strassman ("Plaintiff"), by and through undersigned counsel, derivatively on behalf of Nominal Defendant Marathon Digital Holdings, Inc. (f/k/a Marathon Patent Group, Inc.) ("Marathon" or the "Company"), certifies that, in addition to the named plaintiff in the caption, there are no known persons or entities interested, or potentially interested, who may therefore have an

///

1  interest in the outcome of this case. These representations are made to enable judges of the Court to
2  evaluate potential disqualification or recusal.
3  Dated: May 9, 2022

                        */s/ G. Mark Albright, Esq.*
                        G. MARK ALBRIGHT, ESQ. (NV Bar # 1394)
                        DANIEL R. ORMSBY, ESQ. (NV Bar # 14595)
                        ALBRIGHT, STODDARD, WARNICK
                        & ALBRIGHT
                        801 S Rancho Dr., Ste D4
                        Las Vegas, NV 89106
                        (702) 384-7111

                        Mark C. Rifkin (Pro Hac Vice forthcoming)
                        WOLF HALDENSTEIN ADLER
                        FREEMAN & HERZ LLP
                        270 Madison Ave., 9th Floor
                        New York, NY 10016
                        (212) 545-4600
                        *Attorney for Plaintiff*