G. MARK ALBRIGHT, ESQ. (NV Bar # 1394)
DANIEL R. ORMSBY, ESQ. (NV Bar # 14595)
ALBRIGHT, STODDARD, WARNICK
& ALBRIGHT
801 S Rancho Dr., Ste D4
Las Vegas, NV 89106
(702) 384-7111

MARK C. RIFKIN, ESQ. (Pro Hac Vice forthcoming)
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Ave., 9th Floor
New York, NY 10016
(212) 545-4600
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROY STRASSMAN, Derivatively on Behalf of MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.),<br><br>Plaintiff,<br><br>v.<br><br>FRED THEIL, GEORGES ANTOUN, KEVIN DENUCCIO, SARITA JAMES, JAY LEUPP, SAID OUISSAL, MERRICK D. OKAMOTO, AND SIMEON SALZMAN,<br><br>Defendants,<br><br>-and-<br><br>MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.),<br><br>Nominal Defendant. | Case No.: 2:22-cv-00724<br><br><br><br><br><br><br><br><br><br>**NOTICE OF RELATED CASES** |

Plaintiff Roy Strassman ("Plaintiff"), by and through undersigned counsel, derivatively on behalf of Nominal Defendant Marathon Digital Holdings, Inc. (f/k/a Marathon Patent Group, Inc.) ("Marathon" or the "Company"), hereby files this notice of a related case, *Schlatre v. Marathon Digital Holdings, Inc. et al,* No. 2:21-cv-2209, brought under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, in

which Judge Richard F. Boulware II and Magistrate Judge Nancy J. Koppe are assigned. That case and this derivative action are factually related, and all of the Defendants in that case are Defendants in this case. Plaintiff therefore submits this notice pursuant to LCR 7-1 for the Court to determine whether these actions should be assigned to a single Judge.

Dated: May 9, 2022

/s/ G. Mark Albright, Esq.
G. MARK ALBRIGHT, ESQ. (NV Bar # 1394)
DANIEL R. ORMSBY, ESQ. (NV Bar # 14595)
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
801 S Rancho Dr., Ste D4
Las Vegas, NV 89106
(702) 384-7111

Mark C. Rifkin (Pro Hac Vice forthcoming)
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Ave., 9th Floor
New York, NY 10016
(212) 545-4600
**Attorney for Plaintiff**