1  James J. Pisanelli, Bar No. 4027
   Debra L. Spinelli, Bar No. 9695
2  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
3  Las Vegas, Nevada 89101
   Telephone: 702.214.2100
4  Facsimile: 702.214.2101
   Email: jjp@pisanellibice.com
5  Email: dls@pisanellibice.com

6  Jonathan D. Polkes (*pro hac vice pending*)
   Stephen A. Radin (*pro hac vice pending*)
7  Caroline Hickey Zalka (*pro hac vice pending*)
   WEIL, GOTSHAL & MANGES LLP
8  767 Fifth Avenue
   New York, New York 10153
9  Telephone: 212.310.8000
   Facsimile: 212.310.8007
10 Email: jonathan.polkes@weil.com
   Email: stephen.radin@weil.com
11 Email: caroline.zalka@weil.com

12 Attorneys for Defendants Georges Antoun,
   Kevin DeNuccio, Sarita James, Jay Leupp,
13 Merrick D. Okamoto, Said Ouissal, Simeon
   Salzman, and Fred Thiel, and Nominal Defendant
14 Marathon Digital Holdings, Inc.

15

**UNITED STATES DISTRICT COURT**

16

**DISTRICT OF NEVADA**

17

18 ROY STRASSMAN, Derivatively on Behalf of
   MARATHON DIGITAL HOLDINGS, INC. (f/k/a    Case No.: 2:22-cv-00724-ART-EJY
   MARATHON PATENT GROUP, INC.),
19
                    Plaintiff,
20                                                   **DECLARATION OF DEBRA L.**
                                                     **SPINELLI IN SUPPORT OF**
21    v.                                             **MOTION TO DISMISS**

22 FRED THIEL, GEORGES ANTOUN, KEVIN
   DENUCCIO, SARITA JAMES, JAY LEUPP,
   SAID OUISSAL, MERRICK D. OKAMOTO, and
23 SIMEON SALZMAN,

24                  Defendants,

25    -and-

26 MARATHON DIGITAL HOLDINGS, INC. (f/k/a
   MARATHON PATENT GROUP, INC.),
27
                    Nominal Defendant.

I, Debra L. Spinelli, declare the following:

1. I am a resident of the State of Nevada, and partner of the firm Pisanelli Bice PLLC, counsel for Defendants Georges Antoun, Kevin DeNuccio, Sarita James, Jay Leupp, Merrick D. Okamoto, Said Ouissal, Simeon Salzman, and Fred Thiel, and Nominal Defendant Marathon Digital Holdings, Inc. in the above-captioned matter.

2. I submit this declaration in support of the Motion to Dismiss filed together with this declaration.

3. True and correct copies of the following documents cited in the accompanying Motion to Dismiss are attached as Exhibits A through F:

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Complaint, *Bernard v. Theil*, No. 2:22-cv-00305 (D. Nev.) |
| B | Apr. 5, 2022 Marathon Form 8-K |
| C | Apr. 30, 2021 Marathon Form 8-K |
| D | Jan. 22, 2021 Marathon Form 8-K |
| E | May 26, 2021 Marathon Form 8-K |
| F | Aug. 11, 2021 Marathon Form 8-K |
| G | Complaint, *Schlatre v. Marathon Digital Holdings, Inc.*, No. 2:21-cv-2209 (D. Nev.) |
| H | Aug. 19, 2021 Marathon Form S-8 and Ex. 3.1 (Articles of Incorporation) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct based upon my knowledge, information and belief.

Executed on: May 11, 2022

/s/ Debra L. Spinelli

Debra L. Spinelli

1