1

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

3

4

5

6

7

8

9

ROY STRASSMAN, Derivatively on
Behalf of MARATHON DIGITAL
HOLDINGS, INC. (f/k/a MARATHON
PATENT GROUP, INC.),

               Plaintiff,

v.

FRED THIEL, GEORGES ANTOUN,
KEVIN DENUCCIO, SARITA JAMES,
JAY LEUPP, SAID OUISSAL, MERRICK
D. OKAMOTO, and SIMEON SALZMAN,

10

               Defendants,

11

and

12

13

MARATHON DIGITAL HOLDINGS, INC.
(f/k/a MARATHON PATENT GROUP, INC.),

14

               Nominal Defendant.

CASE NO. 2:22-cv-00724-ART-EJY

ORDER APPROVING

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE IN
THIS CASE ONLY BY
ATTORNEY NOT ADMITTED TO
THE BAR OF THIS COURT AND
DESIGNATION OF LOCAL
COUNSEL**

FILING FEE IS $250.00

15

16

              Jonathan D. Polkes       , Petitioner, respectfully represents to the Court:
              (name of petitioner)

17

18

    1.    That Petitioner is an attorney at law and a member of the law firm of

                        Weil, Gotshal & Manges LLP

19

                           (firm name)

20

with offices at                767 Fifth Avenue
                         (street address)

21

22

       New York          ,        New York      ,   10153
        (city)                 (state)        (zip code)

23

     212-310-8881       ,    jonathan.polkes@weil.com   .
 (area code + telephone number)        (Email address)

24

    2.    That Petitioner has been retained personally or as a member of the law firm by

25

26

 all Defendants and Nominal Defendant     to provide legal representation in connection with
        [client(s)]

27

the above-entitled case now pending before this Court.

28

                                              Rev. 5/16

1    3.    That since _____09/30/1985_____, Petitioner has been and presently is a
                              (date)
2    member in good standing of the bar of the highest Court of the State of _____New York_____
                                                                                  (state)
3    where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

4    from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5    possession of the United States in which the applicant has been admitted to practice law certifying

6    the applicant's membership therein is in good standing.

7        4.    That Petitioner was admitted to practice before the following United States District

8    Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9    of other States on the dates indicated for each, and that Petitioner is presently a member in good

10   standing of the bars of said Courts.

11   | Court | Date Admitted | Bar Number |
     |---|---|---|
12   | See Ex. A | | |
     | | | |
13   | | | |
14   | | | |
15   | | | |
16   | | | |
17   | | | |
18   | | | |

19       5.    That there are or have been no disciplinary proceedings instituted against petitioner,

20   nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

21   or administrative body, or any resignation or termination in order to avoid disciplinary or

22   disbarment proceedings, except as described in detail below:

23   None.

24

25

26

27

28                                        2                                    Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

Federal Bar Council

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 04/29/2022 | *Schlatre v. Marathon Digital Holdings, et al.*, No. 21-cv-02209 | U.S. District Court, D. Nev. | Granted |
| 04/29/2022 | *Bernard v. Thiel, et al.*, No. 22-cv-00305 | U.S. District Court, D. Nev. | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                          Petitioner's signature

STATE OF _____ New York _____ )

5                                          )
COUNTY OF _____ New York _____ )

6

7    _____ Jonathan D. Polkes _____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                          Petitioner's signature

10   Subscribed and sworn to before me this

11   10th _____ day of _____ May _____, 2022 _____.

12

13   _____
Notary Public or Clerk of Court

14                    LEONORE M. GLICK
Notary Public, State of New York
No. 01GL4900542

15           Qualified in Suffolk County
Commission Expires July 13, 2023

16   DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.

17   Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate _____ James Pisanelli _____,
(name of local counsel)

19   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action. The address and email address of

21   said designated Nevada counsel is:

22

23   _____ Pisanelli Bice, PLLC 400 South 7th St., Suite 300 _____,
(street address)

24   _____ Las Vegas _____, _____ Nevada _____, _____ 89101 _____,
(city)                          (state)              (zip code)

25

26   _____ 702-214-2100 _____, _____ jjp@pisanellibice.com _____.
(area code + telephone number)          (Email address)

27

28                                      4                              Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

agreement and authorization for the designated resident admitted counsel to sign stipulations

binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ James Pisanelli _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____

(party's signature)

Jim Crawford, COO, Marathon Digital Holdings, Inc.

(type or print party name, title)

_____

(party's signature)

_____

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____

Designated Resident Nevada Counsel's signature

4027                              jjp@pisanellibice.com

Bar number                        Email address

APPROVED.

DATED: May 12, 2022

_____

Anne R. Traum

UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

The undersigned parties appoint James Pisanelli as their Designated Resident Nevada Counsel in this case.

_____
(signature)

**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)

_____
(signature)

**Georges Antoun, Director, Marathon**
(type or print party name, title)

_____
(signature)

**Kevin DeNuccio, Director, Marathon**
(type or print party name, title)

_____
(signature)

**Sarita James, Director, Marathon**
(type or print party name, title)

_____
(signature)

**Jay Leupp, Director, Marathon**
(type or print party name, title)

_____
(signature)

**Said Ouissal, Director, Marathon**
(type or print party name, title)

_____
(signature)

**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)

_____
(signature)

**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

6

1  APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)

2      The undersigned parties appoint James Pisanelli as their Designated Resident Nevada

3  Counsel in this case.

4
                                                                    _____
                                                                              (signature)
5                                                    Fred Thiel, CEO & Chairman, Marathon
                                                     (type or print party name, title)
6

7                                                    _____
                                                                              (signature)
8                                                    Georges Antoun, Director, Marathon
                                                     (type or print party name, title)
9

10                                                   _____
                                                                              (signature)
11                                                   Kevin DeNuccio, Director, Marathon
                                                     (type or print party name, title)
12

13

14                                                   _____
                                                                              (signature)
15                                                   Sarita James, Director, Marathon
                                                     (type or print party name, title)
16

17                                                   _____
                                                                              (signature)
18                                                   Jay Leupp, Director, Marathon
                                                     (type or print party name, title)
19

20                                                   _____
                                                                              (signature)
21                                                   Said Ouissal, Director, Marathon
                                                     (type or print party name, title)
22

23                                                   _____
                                                                              (signature)
24                                        Merrick D. Okamoto, former CEO & Chairman, Marathon
                                                     (type or print party name, title)
25

26                                                   _____
                                                                              (signature)
27                                                   Simeon Salzman, CAO, Marathon
                                                     (type or print party name, title)
28

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

The undersigned parties appoint James Pisanelli as their Designated Resident Nevada Counsel in this case.

_____
(signature)
**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)


_____
(signature)
**Georges Antoun, Director, Marathon**
(type or print party name, title)


_____
(signature)
**Kevin DeNuccio, Director, Marathon**
(type or print party name, title)


_____
(signature)
**Sarita James, Director, Marathon**
(type or print party name, title)


_____
(signature)
**Jay Leupp, Director, Marathon**
(type or print party name, title)


_____
(signature)
**Said Ouissal, Director, Marathon**
(type or print party name, title)


_____
(signature)
**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)


_____
(signature)
**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

6

# APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)

The undersigned parties appoint James Pisanelli as their Designated Resident Nevada Counsel in this case.

(signature)

**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)

(signature)

**Georges Antoun, Director, Marathon**
(type or print party name, title)

(signature)

**Kevin DeNuccio, Director, Marathon**
(type or print party name, title)

(signature)

**Sarita James, Director, Marathon**
(type or print party name, title)

(signature)

**Jay Leupp, Director, Marathon**
(type or print party name, title)

(signature)

**Said Ouissal, Director, Marathon**
(type or print party name, title)

(signature)

**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)

(signature)

**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

6

1  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

2        The undersigned parties appoint James Pisanelli as their Designated Resident Nevada

3  Counsel in this case.

4                                     _____

                                        (signature)

5  **Fred Thiel, CEO & Chairman, Marathon**

6  (type or print party name, title)

7                                     _____

                                        (signature)

8  **Georges Antoun, Director, Marathon**

9  (type or print party name, title)

10                                    _____

                                        (signature)

11 **Kevin DeNuccio, Director, Marathon**

12 (type or print party name, title)

13

14                                    _____

                                        (signature)

15 **Sarita James, Director, Marathon**

    (type or print party name, title)

16

17                                    _____

                                        (signature)

18 **Jay Leupp, Director, Marathon**

    (type or print party name, title)

19

20                                      _____

                                        (signature)

21 **Said Ouissal, Director, Marathon**

    (type or print party name, title)

22

23                                      _____

                                        (signature)

**Merrick D. Okamoto, former CEO & Chairman, Marathon**

24 (type or print party name, title)

25                                    _____

                                        (signature)

26 **Simeon Salzman, CAO, Marathon**

27 (type or print party name, title)

28

6

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

The undersigned parties appoint James Pisanelli as their Designated Resident Nevada Counsel in this case.

_____
(signature)
**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)

_____
(signature)
**Georges Antoun, Director, Marathon**
(type or print party name, title)

_____
(signature)
**Kevin DeNuccio, Director, Marathon**
(type or print party name, title)

_____
(signature)
**Sarita James, Director, Marathon**
(type or print party name, title)

_____
(signature)
**Jay Leupp, Director, Marathon**
(type or print party name, title)

_____
(signature)
**Said Ouissal, Director, Marathon**
(type or print party name, title)

_____
(signature)
**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)

_____
(signature)
**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

The undersigned parties appoint James Pisanelli as their Designated Resident Nevada Counsel in this case.

_____
(signature)
**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)

_____
(signature)
**Georges Antoun, Director, Marathon**
(type or print party name, title)

_____
(signature)
**Kevin DeNuccio, Director, Marathon**
(type or print party name, title)

_____
(signature)
**Sarita James, Director, Marathon**
(type or print party name, title)

_____
(signature)
**Jay Leupp, Director, Marathon**
(type or print party name, title)

_____
(signature)
**Said Ouissal, Director, Marathon**
(type or print party name, title)

_____
(signature)
**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)

_____
(signature)
**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

1
**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL (Continued)**

2
The undersigned parties appoint James Pisanelli as their Designated Resident Nevada

3
Counsel in this case.

4

5
_____
(signature)
**Fred Thiel, CEO & Chairman, Marathon**
(type or print party name, title)

6

7

8
_____
(signature)
**Georges Antoun, Director, Marathon**
(type or print party name, title)

9

10

11
_____
(signature)
**Kevin DeNuccio, Director, Marathon**
(type or print party name, title)

12

13

14
_____
(signature)
**Sarita James, Director, Marathon**
(type or print party name, title)

15

16

17
_____
(signature)
**Jay Leupp, Director, Marathon**
(type or print party name, title)

18

19

20
_____
(signature)
**Said Ouissal, Director, Marathon**
(type or print party name, title)

21

22

23
_____
(signature)
**Merrick D. Okamoto, former CEO & Chairman, Marathon**
(type or print party name, title)

24

25
*Simeon Salzman*

26
_____
(signature)
**Simeon Salzman, CAO, Marathon**
(type or print party name, title)

27

28

1  James J. Pisanelli, Bar No. 4027
   Debra L. Spinelli, Bar No. 9695
2  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
3  Las Vegas, Nevada 89101
   Telephone: 702.214.2100
4  Facsimile: 702.214.2101
   Email: jjp@pisanellibice.com
5  Email: dls@pisanellibice.com

6  Jonathan D. Polkes (*pro hac vice pending*)
   Stephen A. Radin (*pro hac vice pending*)
7  Caroline Hickey Zalka (*pro hac vice pending*)
   WEIL, GOTSHAL & MANGES LLP
8  767 Fifth Avenue
   New York, New York 10153
9  Telephone: 212.310.8000
   Facsimile: 212.310.8007
10 Email: jonathan.polkes@weil.com
   Email: stephen.radin@weil.com
11 Email: caroline.zalka@weil.com

12 Attorneys for Defendants Georges Antoun,
   Kevin DeNuccio, Sarita James, Jay Leupp,
13 Merrick D. Okamoto, Said Ouissal, Simeon
   Salzman, and Fred Thiel, and Nominal Defendant
14 Marathon Digital Holdings, Inc.

15
                    **UNITED STATES DISTRICT COURT**
16                      **DISTRICT OF NEVADA**

17
   ROY STRASSMAN, Derivatively on Behalf of
18 MARATHON DIGITAL HOLDINGS, INC. (f/k/a        Case No.: 2:22-cv-00724
   MARATHON PATENT GROUP, INC.),
19
                           Plaintiff,           **CERTIFICATION OF JONATHAN
20                                               D. POLKES**
           v.
21
   FRED THIEL, GEORGES ANTOUN, KEVIN
22 DENUCCIO, SARITA JAMES, JAY LEUPP,
   SAID OUISSAL, MERRICK D. OKAMOTO, and
23 SIMEON SALZMAN,

24                         Defendants,

25         -and-

26 MARATHON DIGITAL HOLDINGS, INC. (f/k/a
   MARATHON PATENT GROUP, INC.),
27
                    Nominal Defendant.
28

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

                              1

1           1.     I am an attorney with the law firm of Weil, Gotshal & Manges LLP, 767

2  Fifth Avenue, New York, New York 10153.

3           2.     I make this certification pursuant to LR IA 11-2(b)(3).

4           3.     I am a member in good standing of the bars set forth on Exhibit A attached

5  hereto.

6           4.     Attached as Exhibit B is my current Certificate of Good Standing to the

7  Supreme Court for the State of New York, Appellate Division, First Department. This is the only

8  state court where I am admitted. All of my other admissions are to federal courts.

9           5.     I am in good standing in every court where I have been admitted to practice.

10  Current Certificates of Good Standing are attached to Exhibit B.

11           6.     There are no disciplinary proceedings pending against me as a member of

12  the bar in any jurisdiction where I am admitted to practice.

13

14

15

16                                     Jonathan D. Polkes

17

18

19

20  Subscribed and sworn to before me this __10th__ day of __May__, 20_22_.

21

22

23  Notary Public or Clerk of Court

24

25          LEONORE M. GLICK
         Notary Public, State of New York

26           No. 01GL4900542
         Qualified in Suffolk County
       Commission Expires July 13, 20 23

27

28

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

2

# Exhibit A

# Bar Admissions

**Exhibit A**

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York State Supreme Court, Appellate Division, First Department | 09/30/1985 | 2015527 |
| U.S. District Court, S.D.N.Y. | 04/11/1989 | JP4265 |
| U.S. District Court, E.D.N.Y. | 08/28/1990 | JP4265 |
| U.S. District Court, D. Col. | 01/09/2008 | No such number assigned |
| U.S. Court of Appeals for the Second Circuit | 03/17/2010 (renewed on 03/10/2022) | No such number assigned |
| U.S. Court of Appeals for the Fourth Circuit | 03/25/2010 | No such number assigned |
| U.S. Court of Appeals for the Tenth Circuit | 09/29/2010 | No such number assigned |
| U.S. Court of Appeals for the Fifth Circuit | 11/29/2011 | No such number assigned |
| U.S. Court of Appeals for the Ninth Circuit | 04/10/2019 | No such number assigned |

# Exhibit B

# Certificates of Good Standing



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

——————

I, *Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## Jonathan D. Polkes

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 30, 1985**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of New York on April 19, 2022.*

*Clerk of the Court*

*CertID-00062703*



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

JONATHAN D. POLKES , Bar # JP4265

was duly admitted to practice in the Court on

APRIL 11, 1989

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.          On          April 19, 2022
             New York, New York



Ruby J. Krajick          By          s/ A. Eames
Clerk of Court                       Deputy Clerk

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, _____ Brenna B. Mahoney _____ , Clerk of this Court,

certify that _____ Jonathan D. Polkes _____ , Bar # _____ JP4265 _____ ,

was duly admitted to practice in this Court on _____ 08/28/1990 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Brooklyn _____ on _____ 04/19/2022 _____
_____(Location)_____ _____(Date)_____

_____Brenna B. Mahoney_____        _____David Afrani_____
CLERK OF COURT                          Deputy Clerk





# Certificate of Good Standing and
# Letter of No Disciplinary History

## United States District Court
## District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## JONATHAN D. POLKES

was admitted to practice in this court on
**JANUARY 9, 2008**
and is in good standing with no disciplinary history in this court.

Dated: April 19, 2022          Jeffrey P. Colwell, Clerk



By: _Mark J. Fredrickson_
Deputy Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CERTIFICATE OF GOOD STANDING

I, **CATHERINE O'HAGAN WOLFE**, Clerk of the United States Court of Appeals for the Second Circuit,

CERTIFY that Jonathan D. Polkes, as duly admitted to practice in said Court on March 17, 2010 and is in good standing.

**CATHERINE O'HAGAN WOLFE**
Clerk of Court

Dated: April 19, 2022
New York, New York

By: _Joseph M. Rodriguez_
Joseph M. Rodriguez
Deputy Clerk



## CERTIFICATE OF GOOD STANDING

I, Patricia S. Connor, Clerk of this Court, certify that _____Jonathan D. Polkes_____ was duly admitted

to practice in this Court on_____March 25, 2010_____, and is in good standing in this Court.

Dated at Richmond, Virginia, on_____April 19, 2022_____.

<u>Patricia S. Connor</u>
CLERK





## THE UNITED STATES OF AMERICA

*E PLURIBUS UNUM*

**for the Tenth Circuit**

I, Christopher M. Wolpert, Clerk of the United States Court of Appeals for the Tenth Circuit,

**DO HEREBY CERTIFY** that Jonathan Polkes  was

duly admitted to practice before this Court on September 29, 2010,

and is in good standing.  There have been no disciplinary actions instituted in this court.

Dated at Denver, Colorado, on April 19, 2022.

CHRISTOPHER M. WOLPERT

Clerk of Court

By_____

Deputy Clerk

# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

**CERTIFICATE OF GOOD STANDING**

I, LYLE W. CAYCE, Clerk of this Court, certify that **Jonathan D. Polkes** was duly admitted to practice in this Court on November 29, 2011, and is in good standing in this Court.

Dated at NEW ORLEANS, LOUISIANA on April 20, 2022

_____
LYLE W. CAYCE
Clerk

By: _____
Sabrina B. Short
Deputy Clerk

**A True Copy**
**Certified Apr 20, 2022**

**Clerk, U.S. Court of Appeals, Fifth Circuit**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# Certificate of Good Standing

I, Molly Dwyer, Clerk of this Court, certify that Jonathan D. Polkes was duly admitted to practice in this Court on April 10, 2019 and is in good standing in this Court.

Dated at San Francisco, California on April 20, 2022.

_____

Clerk of the United States Circuit Court of Appeals for the Ninth Circuit