1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

7

8   ROY STRASSMAN, Derivatively on          )          Case # 2:22-cv-00724-ART-EJY
9   Behalf of MARATHON DIGITAL               )
    HOLDINGS, INC.                           )          **VERIFIED PETITION FOR**
10              Plaintiff(s),                )          **PERMISSION TO PRACTICE**
                                             )          **IN THIS CASE ONLY BY**
11         vs.                               )          **ATTORNEY NOT ADMITTED**
                                             )          **TO THE BAR OF THIS COURT**
12   FRED THIEL, et al.                      )          **AND DESIGNATION OF**
                                             )          **LOCAL COUNSEL**
13                                           )
14              Defendant(s).                )          FILING FEE IS $250.00
                                             )

15

16        _____Mark Carl Rifkin_____, Petitioner, respectfully represents to the Court:
                  (name of petitioner)

17

18   1.   That Petitioner is an attorney at law and a member of the law firm of

          _____Wolf Haldenstein Adler Freeman & Herz LLP_____
19                                    (firm name)

20   with offices at _____270 Madison Ave., 9th Floor_____,
                                      (street address)

21        _____New York_____,    _____New York_____,   ___10016___,
              (city)                        (state)              (zip code)

22

23        ____212-545-4600____,   ____rifkin@whafh.com____.
          (area code + telephone number)      (Email address)

24

25   2.   That Petitioner has been retained personally or as a member of the law firm by

          _____Plaintiff_____ to provide legal representation in connection with
26                  [client(s)]

27   the above-entitled case now pending before this Court.

28                                                                        Rev. 5/16

3.     That since _____09/07/2005_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____New York_____
                                                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Exs. A & B for admissions list and | | |
| certificates of good standing, respectively. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None.

7.     That Petitioner is a member of good standing in the following Bar Associations.

> None.

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4    _____

                                     Petitioner's signature

   STATE OF _____New York_____ )

5                                  )

   COUNTY OF _____New York_____ )

6

7    _____Mark Carl Rifkin_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9    _____

                                     Petitioner's signature

10  Subscribed and sworn to before me this

11  19th day of May ,2022 .

12

13  _____        THOMAS H. BURT
              Notary Public or Clerk of Court    Notary Public, State of New York
14                                          No. 02BU6405040
                                            Qualified in Westchester County
                                            Commission Expires March 2, 20 24

15

16        **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
           THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

   believes it to be in the best interests of the client(s) to designate _____,

19                                                          (name of local counsel)

   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20

   above-entitled Court as associate resident counsel in this action.  The address and email address of

21

   said designated Nevada counsel is:

22

23  _____,

                    (street address)

24  _____, _____, _____,

25          (city)                      (state)            (zip code)

26  _____, _____.

       (area code + telephone number)        (Email address)

27

28                            4                        Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) <u>  G. Mark Albright, Esq.                    </u> as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Roy Strassman*
_____
(party's signature)

Roy Strassman
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1394                        gma@albrightstoddard.com
Bar number                  Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# EXHIBIT A

Mark C. Rifkin court admissions

| Court | Date admitted | Bar Number | |
|-------|---------------|------------|---|
| State of New York | 9/7/2005 | 4347498 | |
| State of New Jersey | 4/1/1986 | 018261985 | |
| State of Pennsylvania | 10/29/1985 | 43614 | (inactive status) |
| U.S. Dist. Ct. - S.D.N.Y. | 7/1/2003 | MR0904 | |
| U.S. Dist. Ct. - E.D.N.Y. | 7/25/2003 | MR0904 | |
| U.S. Dist. Ct. - W.D.N.Y. | 2/16/2012 | no bar number assigned | |
| U.S. Dist. Ct. - N.D. Ill. | 7/23/2014 | 43614 | |
| U.S. Dist. Ct. - D.N.J. | 4/2/1986 | no bar number assigned | |
| U.S. Dist. Ct. - E.D. Wis. | 9/18/2003 | MR0904 | |
| U.S. Dist. Ct. - W.D. Mich. | 2/17/1993 | no bar number assigned | |
| U.S. Ct. of App. - 2d Cir. | 1/26/2001 | no bar number assigned | |
| U.S. Ct. of App. - 3d Cir. | 11/1/1985 | no bar number assigned | |
| U.S. Ct. of App. - 4th Cir. | 6/25/2013 | no bar number assigned | |
| U.S. Ct. of App. - 5th Cir. | 2/22/1994 | no bar number assigned | |
| U.S. Ct. of App. - 6th Cir. | 6/8/2020 | no bar number assigned | |
| U.S. Ct. of App. - 7th Cir. | 4/10/2007 | no bar number assigned | |
| U.S. Ct. of App. - 9th Cir. | 4/17/2009 | no bar number assigned | |
| U.S. Ct. of App. - 11th Cir. | 7/13/2017 | no bar number assigned | |
| U.S. Ct. of App. - D.C. Cir. | 2/8/1994 | no bar number assigned | |
| U.S. Ct. of App. - Fed. Cir. | 10/29/2021 | no bar number assigned | |
| U.S. Supreme Court | 9/8/1989 | 184915 | |

# EXHIBIT B



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Mark C. Rifkin

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 7, 2005**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on May 19, 2022.

*Clerk of the Court*

CertID-00067615

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that*    **Mark C Rifkin**
*(No.*    **018261985**    *) was constituted and appointed an Attorney at Law of New Jersey on*    **April 1, 1986**    *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 19th day of    May    , 20 22 .*

*Clerk of the Supreme Court*

-453a-



### THE DISCIPLINARY BOARD

OF THE

## SUPREME COURT OF PENNSYLVANIA

Pennsylvania Judicial Center
601 Commonwealth Avenue, Suite 5600
PO Box 62625
Harrisburg, PA 17106-2625
Phone: (717) 231-3380  Fax: (717) 231-3381
www.padisciplinaryboard.org

# CERTIFICATION OF STATUS

*In lieu of a Certificate of Good Standing*

For

# MARK CARL RIFKIN

*Pennsylvania Attorney ID Number 43614*

I, Dana Belella, as the Assistant Director for the Disciplinary Board of the Supreme Court of Pennsylvania, hereby confirm that **Mark Carl Rifkin** was admitted as an Attorney by the Supreme Court of Pennsylvania to the bar of the courts of the Commonwealth of Pennsylvania on October 29, 1985.

Attorney Rifkin is currently registered as Inactive, having assumed said status on July 1, 2009.

Dated this 12th day of May, 2022

By: *Dana Belella*



Dana Belella
Assistant Director