G. MARK ALBRIGHT, ESQ. (NV Bar # 1394)
DANIEL R. ORMSBY, ESQ. (NV Bar # 14595)
ALBRIGHT, STODDARD, WARNICK
& ALBRIGHT
801 S Rancho Dr., Ste D4
Las Vegas, NV 89106
Tel: (702) 384-7111
Fax: (702) 384-0605

*Liaison Counsel for Plaintiff*

**ADDITIONAL COUNSEL ON SIGNATURE PAGE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROY STRASSMAN, Derivatively on Behalf of MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.),<br><br>Plaintiff,<br><br>v.<br><br>FRED THEIL, GEORGES ANTOUN, KEVIN DENUCCIO, SARITA JAMES, JAY LEUPP, SAID OUISSAL, MERRICK D. OKAMOTO, AND SIMEON SALZMAN,<br><br>Defendants,<br><br>-and-<br><br>MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.),<br><br>Nominal Defendant. | Case No.: 2:22-cv-00724<br><br>**DECLARATION OF MARK C. RIFKIN IN SUPPORT OF MOTIONS FOR (1) CONSOLIDATION AND APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND (2) TO TEMPORARILY STAY ALL MOTION TO DISMISS BRIEFING AND MEMORANDUM IN SUPPORT** |

I Marc C. Rifkin declare the following:

1. I am a resident of the State of New York and a partner at the law firm Wolf Haldenstein Adler Freeman & Herz LLP.

2. I submit this declaration in support of the Motions for (1) Consolidation and Appointment of Interim Co-Lead Counsel and (2) to Temporarily Stay All Motion to Dismiss Briefing.

3. True and correct copies of the following documents cited in the accompanying Motion are attached as Exhibits 1 and 2:

EXHIBIT DESCRIPTION

1. Firm Resume of Wolf Haldenstein Adler Freeman & Herz LLP.

2. Firm Resume of Gainey McKenna & Egleston.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct based upon my knowledge, information and belief.

Dated: May 23, 2022

*/s/ Mark C. Rifkin*
Mark C. Rifkin

---

**DECLARATION OF MARK C. RIFKIN IN SUPPORT OF MOTION FOR (1) CONSOLIDATION, (2) APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND TO (3) TEMPORARILY STAY ALL MOTION TO DISMISS BRIEFING**

- 1 -