**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROY STRASSMAN, Derivatively on Behalf of MARATHON DIGITAL HOLDINGS, INC.<br><br>　　　　Plaintiff(s),<br><br>　　vs.<br><br>FRED THIEL, et al.<br><br>　　　　Defendant(s). | Case # __2:22-cv-00724-ART-EJY__<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

　　　　__Mark Carl Rifkin__, Petitioner, respectfully represents to the Court:
　　　　(name of petitioner)

　　1.　That Petitioner is an attorney at law and a member of the law firm of

__Wolf Haldenstein Adler Freeman & Herz LLP__
(firm name)

with offices at __270 Madison Ave., 9th Floor__,
　　　　　　　　　　(street address)

__New York__, __New York__, __10016__,
(city)　　　　　(state)　　　　　(zip code)

__212-545-4600__, __rifkin@whafh.com__.
(area code + telephone number)　(Email address)

　　2.　That Petitioner has been retained personally or as a member of the law firm by

__Plaintiff__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 09/07/2005 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Exs. A & B for admissions list and certs of good standing. A request for a certificate of good standing was sent on May 9, 2022 to the NJ Board of Bar Examiners. Petitioner is still waiting for the Board to process his request. The request form advises that two weeks should generally be allowed for processing of requests. | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____New York____ )
                          )
COUNTY OF ____New York____ )

____Mark Carl Rifkin____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

19th day of May, 2022.

_____
Notary Public or Clerk of Court

THOMAS H. BURT
Notary Public, State of New York
No. 02BU6405040
Qualified in Westchester County
Commission Expires March 2, 20_24_

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _G. Mark Albright, Esq._,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___801 S. Rancho Drive, Suite D-4_____,
(street address)

___Las Vegas___, ___Nevada___, ___89106___,
(city)        (state)        (zip code)

___(702) 384-7111___, ___gma@albrightstoddard.com___.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __G. Mark Albright, Esq.__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Roy Strassman*
_____
(party's signature)
Roy Strassman
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1394                         gma@albrightstoddard.com
Bar number                   Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# EXHIBIT A

Mark C. Rifkin court admissions

| Court | Date admitted | Bar Number | |
|---|---:|---:|---|
| State of New York | 9/7/2005 | 4347498 | |
| State of New Jersey | 4/1/1986 | 018261985 | |
| State of Pennsylvania | 10/29/1985 | 43614 | (inactive status) |
| U.S. Dist. Ct. - S.D.N.Y. | 7/1/2003 | MR0904 | |
| U.S. Dist. Ct. - E.D.N.Y. | 7/25/2003 | MR0904 | |
| U.S. Dist. Ct. - W.D.N.Y. | 2/16/2012 | no bar number assigned | |
| U.S. Dist. Ct. - N.D. Ill. | 7/23/2014 | 43614 | |
| U.S. Dist. Ct. - D.N.J. | 4/2/1986 | no bar number assigned | |
| U.S. Dist. Ct. - E.D. Wis. | 9/18/2003 | MR0904 | |
| U.S. Dist. Ct. - W.D. Mich. | 2/17/1993 | no bar number assigned | |
| U.S. Ct. of App. - 2d Cir. | 1/26/2001 | no bar number assigned | |
| U.S. Ct. of App. - 3d Cir. | 11/1/1985 | no bar number assigned | |
| U.S. Ct. of App. - 4th Cir. | 6/25/2013 | no bar number assigned | |
| U.S. Ct. of App. - 5th Cir. | 2/22/1994 | no bar number assigned | |
| U.S. Ct. of App. - 6th Cir. | 6/8/2020 | no bar number assigned | |
| U.S. Ct. of App. - 7th Cir. | 4/10/2007 | no bar number assigned | |
| U.S. Ct. of App. - 9th Cir. | 4/17/2009 | no bar number assigned | |
| U.S. Ct. of App. - 11th Cir. | 7/13/2017 | no bar number assigned | |
| U.S. Ct. of App. - D.C. Cir. | 2/8/1994 | no bar number assigned | |
| U.S. Ct. of App. - Fed. Cir. | 10/29/2021 | no bar number assigned | |
| U.S. Supreme Court | 9/8/1989 | 184915 | |

# EXHIBIT B



## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Mark C. Rifkin

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 7, 2005**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on May 19, 2022.

*Clerk of the Court*

CertID-00067615



# THE DISCIPLINARY BOARD OF THE
## SUPREME COURT OF PENNSYLVANIA

Pennsylvania Judicial Center
601 Commonwealth Avenue, Suite 5600
PO Box 62625
Harrisburg, PA 17106-2625
Phone: (717) 231-3380  Fax: (717) 231-3381
www.padisciplinaryboard.org

# CERTIFICATION OF STATUS

*In lieu of a Certificate of Good Standing*

For

# MARK CARL RIFKIN

*Pennsylvania Attorney ID Number 43614*

I, Dana Belella, as the Assistant Director for the Disciplinary Board of the Supreme Court of Pennsylvania, hereby confirm that **Mark Carl Rifkin** was admitted as an Attorney by the Supreme Court of Pennsylvania to the bar of the courts of the Commonwealth of Pennsylvania on October 29, 1985.

Attorney Rifkin is currently registered as Inactive, having assumed said status on July 1, 2009.

Dated this 12th day of May, 2022

By: *Dana Belella*

Dana Belella
Assistant Director

