UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KIMBERLY BERNARD, Derivatively on Behalf of MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.), | Case No. 2:22-cv-00305-RFB-NJK |
| Plaintiff, | |
| v. | |
| FRED THEIL, GEORGES ANTOUN, KEVIN DENUCCIO, SARITA JAMES, JAY LEUPP, SAID OUISSAL, MERRICK D. OKAMOTO, and SIMEON SALZMAN, | *and related case* |
| -and- | |
| MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.), | |
| Defendants. | |
| ROY STRASSMAN, Derivatively on Behalf of MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.), | Case No. 2:22-cv-00724-ART-EJY |
| Plaintiff, | |
| v. | |
| FRED THEIL, GEORGES ANTOUN, KEVIN DENUCCIO, SARITA JAMES, JAY LEUPP, SAID OUISSAL, MERRICK D. OKAMOTO, and SIMEON SALZMAN, | |
| -and- | |
| MARATHON DIGITAL HOLDINGS, INC. (f/k/a MARATHON PATENT GROUP, INC.), | |
| Defendants. | |

The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge pursuant to Local Rule 42-1(b). Additionally, transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

Accordingly, it is hereby ordered that Case No. 2:22-cv-00724-ART-EJY is reassigned to District Judge Richard F. Boulware, II, and Magistrate Judge Nancy J. Koppe, and all future pleadings must bear case number 2:22-cv-00305-RFB-NJK.

DATED this <u>25th</u> Day of May, 2022.



_____          _____
ANNE R. TRAUM                        RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE         UNITED STATES DISTRICT JUDGE