# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROY STRASSMAN,<br><br>    Plaintiff,<br><br>v.<br><br>FRED THEIL, et al.<br><br>    Defendants. | Case No.: 2:22-cv-00724-RFB-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than July 5, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: June 27, 2022

Nancy J. Koppe
United States Magistrate Judge

1